UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEO NICHOLAS,

                Plaintiff,

    v.

JOSEPH LEHMAN,

                Defendant.

Case No.  C04-5857RBL

ORDER DENYING I.F.P. APPLICATION

This matter is before the Court on the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge [Dkt. #9].  No objections to the Report and Recommendation have been filed.  The Court is familiar with the record and hereby ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation;

    (2)    The Plaintiff's petition to proceed in forma pauperis is DENIED; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelly Arnold.

DATED this 3rd day of May, 2005.

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1