1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

LEO NICHOLAS,

11

            Plaintiff,

12

      v.                                           Case No. C04-5857RBL

13

JOSEPH LEHMAN,                                     ORDER ADOPTING REPORT AND
                                                   RECOMMENDATION

14

            Defendant.

15

16

        The Court, having reviewed, the Report and Recommendation of Magistrate Judge j.

17

Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does

18

hereby find and ORDER:

19

20

        (1)    The Court adopts the Report and Recommendation;

        (2)    This action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in
21

               the Report and Recommendation.  Plaintiff never served the complaint and ignored
               court orders to show cause.

22

23

        (3)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J.
               Kelley Arnold.

24

        DATED this 10th day of April, 2006.

25

26

                                                   RONALD B. LEIGHTON
                                                   UNITED STATES DISTRICT JUDGE

27

28

ORDER - 1